# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KIM PUCKETT, | ) | Case No. CV 14-5797-DSF (JEM) |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| AMY MILLER, Warden, | ) | |
| Respondent. | ) | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 6/25/15

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE